No. 97–6140. CLICK v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. ▮

No. 97–6144. KOON v. LOUISIANA. Sup. Ct. La. Certiorari denied. ▮

No. 97–6145. JOHNSON v. JOHNSON ET AL. C. A. 8th Cir. Certiorari denied. ▮

No. 97–6157. EDWARDS v. CARLSON, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 97–6158. GALBREATH v. NEW YORK CITY BOARD OF EDUCATION. C. A. 2d Cir. Certiorari denied. ▮

No. 97–6166. BURCH v. MARYLAND. Ct. App. Md. Certiorari denied. ▮

No. 97–6169. YOUNG v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 97–6170. TYLER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. ▮

No. 97–6172. WOODS v. CNA INSURANCE CO. ET AL. Ct. App. Tenn. Certiorari denied.

No. 97–6173. WELLS v. WELLS. Ct. App. Colo. Certiorari denied.

No. 97–6178. SEUFFER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–6181. DAVIS v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 97–6189. HESLOP v. MORTON ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6191. PRITCHETT v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied. ▮

No. 97–6192. SIVAK v. IDAHO ET AL. Sup. Ct. Idaho. Certiorari denied.